BENJAMIN KING, APPELLEE, V. WILLIAM T. FENTON,
APPELLANT.

FILED FEBRUARY 28, 1930. No. 27257.

*C. A. Sorensen, Attorney General,* and *Clifford L. Rein,* for appellant.

*Allen & Requartte, contra.*

Heard before GOSS, C. J., ROSE, DEAN, GOOD, EBERLY and DAY, JJ., and MESSMORE, District Judge.

PER CURIAM.

This is an action in habeas corpus instituted by plaintiff against defendant as warden of the state penitentiary. Upon trial in the district court for Lancaster county, plaintiff was discharged from custody, and defendant has appealed.

We have carefully examined the record and find it to be free from prejudicial error. The judgment of the district court is therefore

AFFIRMED.